

FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CW (PR)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Leonard A. Haskins Plaintiff,

v.

Robert Ayers Jr. Warden
Defendant.
_____/

CV 08 CASE NO. 2226

E-filing

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, __Leonard A. Haskins__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__    Net: __N/A__

Employer: __N/A__
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

__N/A__
_____

2.    Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.    Business, Profession or    Yes ___ No ✓
         self employment
    b.    Income from stocks, bonds,    Yes ___ No ✓
         or royalties?

c.   Rent payments?                          Yes ___  No ✓
d.   Pensions, annuities, or                 Yes ___  No ✓
     life insurance payments?
e.   Federal or State welfare payments,      Yes ___  No ✓
     Social Security or other govern-
     ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

N/A

3.   Are you married?    Yes ___  No ✓

Spouse's Full Name: _____ N/A _____

Spouse's Place of Employment: _____ N/A _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ N/A _____    Net $_____ N/A _____

4.   a.   List amount you contribute to your spouse's support:

$ _____ N/A _____

b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____ NONE _____

5.   Do you own or are you buying a home?   Yes ___  No ✓

Estimated Market Value: $ __ N/A __   Amount of Mortgage: $ __ N/A __

6.   Do you own an automobile?   Yes ___  No ✓

Make __ N/A __   Year __ N/A __   Model __ N/A __

Is it financed? Yes __ N/A __ No __ N/A __ If so, Total due: $ __ N/A __

Monthly Payment: $ ___N|A___

7.   Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___  No ✓

Name(s) and address(es) of bank: ___N|A___

_____

Present balance(s): $ ___O___

Do you own any cash?  Yes ___  No ✓  Amount: $ ___O___

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)
Yes ___  No ✓

___N|A___

8.   What are your monthly expenses?

Rent: $ ___O___          Utilities: ___O___

Food: $ ___O___          Clothing: ___O___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N|A | $ N|A | $ N|A |
| N|A | $ N|A | $ N|A |

9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.)

___NONE___

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.  'Yes'

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

04-03-2003          *Leonard A. Hashim In Pro Per*
DATE                    SIGNATURE OF APPLICANT

Case Number:_____

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement

showing transactions of _____ for the last six months at
                                          [prisoner name]

_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-

month period were $_____ and the average balance in the prisoner's account each month for

the most recent 6-month period was $_____.

Dated:_____            _____
                                     Authorized officer of the institution

REPORT ID: TS3030 .701

CALIFORNIA DEPARTMENT OF CORRECTIONS
SAN QUENTIN PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 31, 2007 THRU APR. 03, 2008

ACCOUNT NUMBER : B96040                     BED/CELL NUMBER: H 0400000000017L
ACCOUNT NAME   : HASKIN, LEONARD ALLEN          ACCOUNT TYPE: I
PRIVILEGE GROUP: A                   TRUST ACCOUNT ACTIVITY

```
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  |  | CURRENT AVAILABLE BALANCE |
|---|---|---|
|  |  | 0.00 |