C08-2226 CW

May 20, 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

Dear Mr. Wieking;

If you feel that my 2254 Habeas Form is considered more appropriate to be filed as a non-habeas civil action, please go ahead and do so on my behalf. Unfortunately, I am quite unfamiliar regarding the rules of the Court.

Please accept my most humble apology for using the improper form for the filing of this action/complaint.

I will deeply appreciate your assistance in the proper filing of my complaint.

Thanking you in advance.

Respectfully,

Leonard A. Wasbin

RECEIVED
MAY 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Leonard Rooblin B-96040
San Quentin Prison 4-H-17L
San Quentin, Ca. 94974



Legal Mail

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Ca. 94102

Legal Mail



UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004248283
$ 00.42⁰
MAY 21 2008
MAILED FROM ZIPCODE 94964