FILED
08 MAY 23 PM 2:11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2226 CW (PR)

Leonard A. Haskin,
　　　　Plaintiff,

vs.

Robert Ayers Jr. Warden,
　　　　Defendant.

CASE NO. _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Leonard A. Haskin, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.　Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $ 0　　　　　　　　Net: $ 0

Employer: Medically Unassigned

PRIS. APP. TO PROC. IN FORMA PAUPERIS　　- 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_Anderson News, South Hayward_
_Feb./March 2003 $2,380 gross_
_Work furlough worked only 2 weeks_

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ___ No _X_

    b. Income from stocks, bonds, or royalties?     Yes ___ No _X_

    c. Rent payments?     Yes ___ No _X_

    d. Pensions, annuities, or life insurance payments?     Yes ___ No _X_

    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_No Answers_

3. Are you married?     Yes ___ No _X_

Spouse's Full Name: _No Spouse_

Spouse's Place of Employment: _No Spouse_

Spouse's Monthly Salary, Wages or Income:

Gross $ _No Spouse_    Net $ _No Spouse_

4.    a. List amount you contribute to your spouse's support: $ _$ 0_

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _I have no persons to support_____
6   _____
7   5.   Do you own or are you buying a home?   Yes ___ No _X_
8   Estimated Market Value: $ _Ø_____  Amount of Mortgage: $ _Ø_____
9   6.   Do you own an automobile?   Yes ___ No _X_
10  Make _No Auto___  Year _No Auto___  Model _No Auto___
11  Is it financed? Yes ___ No ___ If so, Total due: $ _Ø No Auto___
12  Monthly Payment: $ _Ø No Auto___
13  7.   Do you have a bank account?  Yes ___ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _Ø No Account_____
17  Do you own any cash? Yes ___ No _X_ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ___ No _X_
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ _No expenses___  Utilities: _no expenses___
23  Food: $ _No expenses___  Clothing: _no expenses___
24  Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 26  No Accounts | $ _____ | $ _____ |
| 27  _____ | $ _____ | $ _____ |
| 28  _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_I have no debts_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_May 7, 2008_        _Leonard A. Hasbin_
DATE                  SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _LEONARD HASKIN B96040_ for the last six months at

[prisoner name]

_SAN QUENTIN STATE PRISON_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 5/13/08                                    [signature]

[Authorized officer of the institution]

-5-

```
REPORT ID: TS3030 .701                                    REPORT DATE: 05/13/08
                      CALIFORNIA DEPARTMENT OF CORRECTIONS    PAGE NO:      1
                              SAN QUENTIN PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: NOV. 13, 2007 THRU MAY 13, 2008

ACCOUNT NUMBER : B96040
ACCOUNT NAME   : HASKIN, LEONARD ALLEN         BED/CELL NUMBER: H 0400000000017L
PRIVILEGE GROUP: A                             ACCOUNT TYPE:    I

                           TRUST ACCOUNT ACTIVITY

           << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            TRUST ACCOUNT SUMMARY
  BEGINNING       TOTAL         TOTAL        CURRENT         HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS     WITHDRAWALS     BALANCE        BALANCE      TO BE POSTED
   ---------   ----------    -----------    ---------      ---------    -------------
     0.00         0.00           0.00         0.00           0.00            0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                               0.00
```

