FILED

JUL 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Leonard A Haskin      Plaintiff,

vs.

Robert L. Ayers Jr. et., al.,      Defendant.

CASE NO. CV 08 02226 CW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Leonard A. Haskin, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _$ 0_      Net: _$ 0_

Employer: _Not employed_

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Anderson News South Hayward, Feb. - March 2003_
5  _while at Work Furlough. V.O.A. West, Oakland_
6  _3 weeks employment_
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.   Business, Profession or                Yes ___ No _X_
10       self employment
11  b.   Income from stocks, bonds,             Yes ___ No _X_
12       or royalties?
13  c.   Rent payments?                         Yes ___ No _X_
14  d.   Pensions, annuities, or                Yes ___ No _X_
15       life insurance payments?
16  e.   Federal or State welfare payments,     Yes ___ No _X_
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____all no answers_____
22  _____
23  3.   Are you married?                       Yes ___ No _X_
24  Spouse's Full Name: _No Spouse_
25  Spouse's Place of Employment: _No Spouse_
26. Spouse's Monthly Salary, Wages or Income:
27  Gross $_No Spouse_   Net $_No Spouse_
28  4.   a.   List amount you contribute to your spouse's support:$ _$0 No Spouse_

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____No other dependents_____
6  _____
7  5.  Do you own or are you buying a home?   Yes ___ No _X_
8  Estimated Market Value: $__Ø_____ Amount of Mortgage: $__Ø_____
9  6.  Do you own an automobile?   Yes ___ No ___
10 Make _No Auto_ Year _No Auto_ Model _No Auto_
11 Is it financed? Yes ____ No _X_ If so, Total due: $ __Ø__
12 Monthly Payment: $ __Ø__
13 7.  Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __No bank acounts__
15 _____
16 Present balance(s): $ __Ø__
17 Do you own any cash? Yes ___ No _X_ Amount: $ __Ø__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 _____No assets_____
21 8.  What are your monthly expenses?
22 Rent: $ __Ø__     Utilities: $ Ø
23 Food: $ __Ø__    Clothing: $ Ø
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _No charge accounts_ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____

1  9.  Do you have any other debts?  (List current obligations, indicating amounts and to
2  whom they are payable.  Do not include account numbers.)
3  _____No debts_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _July 16, 2008_                    _Leonard A. Hashim_
17      DATE                             SIGNATURE OF APPLICANT