FILED
08 AUG -1 AM 11:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Leonard A Haskin, Plaintiff,

vs.

Robert L. Ayers Jr. et, al.,
Defendant.

CASE NO. C08-2226 CW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Leonard A. Haskin, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____Ø_____   Net: _____Ø_____

Employer: __Not employed__

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_Anderson News South Hayward, Feb. - March 2003 while at Work Furlough, V.O.A. West Oakland 3 weeks employments_

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment    Yes ___ No _X_

    b. Income from stocks, bonds, or royalties?    Yes ___ No _X_

    c. Rent payments?    Yes ___ No _X_

    d. Pensions, annuities, or life insurance payments?    Yes ___ No _X_

    e. Federal or State welfare payments, Social Security or other government source?    Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_all no answers_

3. Are you married?    Yes ___ No _X_

Spouse's Full Name: _No Spouse_

Spouse's Place of Employment: _No Spouse_

Spouse's Monthly Salary, Wages or Income:

Gross $ _No Spouse_    Net $ _No Spouse_

4.    a. List amount you contribute to your spouse's support: $ _∅ No Spouse_

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  _____No other dependents_____
6  _____
7  5. Do you own or are you buying a home?   Yes ____  No _X_
8  Estimated Market Value: $ __∅__   Amount of Mortgage: $ __∅__
9  6. Do you own an automobile?   Yes ____  No ____
10 Make _No Auto_ Year _No Auto_ Model _No Auto_
11 Is it financed? Yes ____ No _X_ If so, Total due: $ __∅__
12 Monthly Payment: $ __∅__
13 7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _No bank accounts_
15 _____
16 Present balance(s): $ __∅__
17 Do you own any cash? Yes ____ No _X_ Amount: $ __∅__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No _X_
20 _____No assets_____
21 8. What are your monthly expenses?
22 Rent: $ __∅__   Utilities: __∅__
23 Food: $ __∅__   Clothing: __∅__
24 Charge Accounts:
25 Name of Account        Monthly Payment         Total Owed on This Acct.
26 _No Charge accounts_   _____   $ _____
27 _____   $ _____   $ _____
28 _____   $ _____   $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do _not_ include account numbers.)
3  _____No debts_____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11          I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13          I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16 July 29, 2008                          Leonard A. Haskin
17        DATE                            SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                              _____
                                              [Authorized officer of the institution]

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Leonard Harbin B-96040
San Quentin Prison 4-H-174
San Quentin, Calif. 94974

Legal Mail

C/o T AlW 7-29-08