IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD A. HASKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT AYERS, JR.,<br><br>    Defendants.<br>_____/ | No. C 08-02226 CW (PR)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

    Plaintiff requests the appointment of counsel to represent him in this action.

    There is no constitutional right to counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation.  See Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in § 1983 action), withdrawn in part on other grounds on reh'g en banc, 154 F.3d 952 (9th Cir. 1998) (en banc).  The court may ask counsel to represent an indigent litigant under 28 U.S.C. § 1915 only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the

merits, and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved.  <u>See</u> <u>id.</u> at 1525; <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986).  Both of these factors must be viewed together before reaching a decision on a request for counsel under § 1915.  <u>See</u> <u>id.</u>

    The Court finds that exceptional circumstances entitling Plaintiff to court appointed counsel do not exist.  The likelihood of Plaintiff's success on the merits cannot be ascertained at this point in the proceedings, and the legal issues are not complex.  Accordingly, Plaintiff's request is DENIED.

    Plaintiff's opposition to Defendants' motion to dismiss is presently overdue.  The Court GRANTS Plaintiff an extension of time in which to file his opposition to Defendants' motion to dismiss.  The time in which Plaintiff may file his opposition to Defendants' motion to dismiss will be extended up to and including <u>thirty (30) days</u> from the date of this Order.

    If Defendants wish to file a reply brief, they shall do so no later than <u>fifteen (15) days</u> after the date Plaintiff's opposition is filed.

    IT IS SO ORDERED.

Dated: 10/6/2010

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT<br>
FOR THE<br>
NORTHERN DISTRICT OF CALIFORNIA

LEONARD A HASKINS,

    Plaintiff,

v.

ROBERT AYERS JR et al,

    Defendant.

Case Number: CV08-02226 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leonard A. Haskins
800 Main St., Apt. #207
Redwood City, CA 94063

Dated: October 6, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk