IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD A. HASKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT AYERS, JR., Warden, et al.,<br><br>　　　　Defendants.　　　　　　／ | No. C 08-02226 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

　　　On October 7, 2010, Plaintiff filed a letter which the Court construes as a request for an extension of time to file his opposition to Defendants' Motion to Dismiss.  IT IS HEREBY ORDERED that Plaintiff is GRANTED an extension of time in which to file his opposition to Defendants' Motion to Dismiss.  Plaintiff may file his opposition to Defendants' Motion to Dismiss up to <u>thirty (30) days</u> from the date of this Order.

　　　If Defendants wish to file a reply brief, they shall do so no later than <u>thirty (30) days</u> after the date Plaintiff's opposition is filed.

　　　IT IS SO ORDERED.

Dated: 11/12/2010

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEONARD A HASKINS,

    Plaintiff,

v.

ROBERT AYERS JR et al,

    Defendant.

Case Number: CV08-02226 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leonard A. Haskins
800 Main St., Apt. #207
Redwood City,  CA 94063

Dated: November 12, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2